```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 18032
   CYNTHIA HOWARD
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-5342

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 05/05/2005 and was confirmed 08/17/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

   The case was paid in full 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
BALABAN FURNITURE          SECURED              500.00        28.87          500.00
BALABAN FURNITURE          UNSECURED           1168.48          .00         1168.48
JPMORGAN CHASE BANK/BANK   SECURED             7047.32       545.33         7047.32
MARCUS PERRES & ASSOC      NOTICE ONLY       NOT FILED          .00             .00
BALLYS                     UNSECURED         NOT FILED          .00             .00
CHASE                      UNSECURED         NOT FILED          .00             .00
UNITED COLLECTION BUREAU   UNSECURED             209.00         .00          209.00
CITY OF CHICAGO PARKING    UNSECURED            1010.00         .00         1010.00
COMCAST                    UNSECURED         NOT FILED          .00             .00
COMMONWEALTH EDISON        UNSECURED            1068.93         .00         1068.93
ALLIANCE ONE               NOTICE ONLY       NOT FILED          .00             .00
TORRES CREDIT SERVICES     NOTICE ONLY       NOT FILED          .00             .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED          .00             .00
HOUSEHOLD BANK             UNSECURED         NOT FILED          .00             .00
FREEDMAN ANSELMO & LINDB   NOTICE ONLY       NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED             588.15         .00          588.15
ENCORE RECEIVABLES         NOTICE ONLY       NOT FILED          .00             .00
TCF BANK & SAVINGS         UNSECURED         NOT FILED          .00             .00
PROFFESSIONAL ACCOUNT MG   NOTICE ONLY       NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY            1685.53          .00         1685.53
PETER FRANCIS GERACI       DEBTOR ATTY        2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                            914.90
DEBTOR REFUND              REFUND                                             890.51

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  18,357.02

PRIORITY                                       1,685.53
SECURED                                        7,547.32

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 18032 CYNTHIA HOWARD
```

```
    INTEREST                                                   574.20
UNSECURED                                                    4,044.56
ADMINISTRATIVE                                               2,700.00
TRUSTEE COMPENSATION                                           914.90
DEBTOR REFUND                                                  890.51
                                     ----------------    ----------------
TOTALS                                      18,357.02          18,357.02
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 18032 CYNTHIA HOWARD